IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **DONTEVIS SMITH, KENNETH K. STALLINGS, SR. and EDDIE FRANKLIN** | **PLAINTFFS** |
| **VS.** | **NO. 3:19-CV-633-DPJ-FKB** |
| **NOXUBEE COUNTY, MISSISSIPPI** | **DEFENDANT** |

**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT KENNETH K. STALLINGS, SR.**

This cause came on before this Court for dismissal with prejudice of claims made by plaintiff Kenneth K. Stallings, Sr. against defendant Noxubee County, Mississippi. The Court has been advised that a settlement agreement has been reached between plaintiff Kenneth K. Stallings, Sr. and defendant Noxubee County, Mississippi. The Court maintains jurisdiction over enforcement of the settlement agreement.

IT IS, THEREFORE, HEREBY ORDERED and ADJUDGED that plaintiff Kenneth K. Stallings, Sr.'s Complaint and all claims against defendant Noxubee County, Mississippi, are hereby dismissed with prejudice. The claims of plaintiff Eddie Franklin shall remain.

**SO ORDERED AND ADJUDGED** this the 8th day of July, 2021.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE


AGREED BY:


s/William B. Ryan
WILLIAM B. RYAN
Attorney for Plaintiff Dontevis Smith


s/Berkley N. Huskison
BERKLEY N. HUSKISON
Attorney for Defendant

1242093